**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      **v.**　　　　　　　　　　　**Case No. 3:05cr38/RV**

**MIGUEL ANGEL DIAZ-MORENO**

_____/

## AMENDMENT TO ORDER SETTING TRIAL

     **IT IS ORDERED** that sections A(1) and E of the order of this Court entered on May 10, 2005, shall be amended as follows:

     A(1)  This case shall be tried during the jury term commencing **Monday, August 29, 2005,** with jury selection at 9:00 a.m.

     E.　　No plea bargaining agreement permitted by this Court will be approved unless such agreement is effected on or before Wednesday, August 24, 2005, with such plea presented to the Court for its action at arraignment no later than **Thursday, August 25, 2005, at 9:00 a.m.,** in Pensacola, Florida.

     In all other respects, this Court's order of May 10, 2005, remains in full force and effect.

     **DONE AND ORDERED** this 21st day of July, 2005.

                                      */s/Roger Vinson*
                                      **ROGER VINSON**
                                      **Senior U. S. District Judge**